IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED EUGENE MACHADO,

    Petitioner,                  No. CIV S-05-0278 LKK GGH P

    vs.

TOM CAREY, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Petitioner previously filed a habeas corpus petition in this court challenging the 2000 decision by the Board of Prison Terms finding him ineligible for parole, CIV S-01-1906 GEB GGH P.  On February 11, 2005, the court recommended that 01-1906 be denied but for claim 4.[1]  The court found that claim 4, alleging a violation of petitioner's plea agreement, should be raised in a separate petition.  The court ordered the Clerk of the Court to copy the amended petition filed in 01-1906 and open a new action.  The instant action is that new action. Respondent is directed to file a response to claim 4 *only* as claims 1-3 were already resolved in

---

[1] On March 23, 2005, the district court adopted the February 11, 2005, findings and recommendations issued in 01-1906.

1

01-1906.

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to *claim 4 only* of petitioner's application within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

DATED: 6/9/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
mach278.100